■ AACON CONTRACTING CO., INC., Appellant, v. JOSEPH HERRMANN, Individually and as President of Association of Catholic Trade Unionists, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ BERTHA ROSEN, Appellant, v. AARON ROSEN, Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of the Probate of the Will of MARGARET A. SANSOME, Deceased. CHARLES S. MCVEIGH, Appellant; FREDERICK A. SANSOME et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements of the appeal to the respondent, Frederick A Sansome. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ RUBY BRILL, Appellant, v. JOSEPH BRILL, Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ AMERICAN UNION TRANSPORT, INC., Respondent, v. A. PINHEIRO et al., Defendants. HAL OVERSEAS CORP. et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ ANNA M. GARDNER, as Executrix of PERCY GARDNER, Deceased, Appellant, v. FRANK GERSTEIN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ ANNA M. GARDNER, as Executrix of PERCY GARDNER, Deceased, v. FRANK GERSTEIN et al.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ LEON NAVARA v. M. WITMARK & SONS et al.— Motion granted insofar as to enlarge the appellant's time to serve and file the bill of exceptions or the record on appeal and appellant's points up to and including August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted together with the appeal taken by the plaintiff-appellant from the order entered March 26, 1959, denying his motion to set aside the verdict and for a new trial. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ LEON NAVARA v. M. WITMARK & SONS et al.— Motion granted insofar as to adjourn the argument of this appeal to the September 1960 Term of this court and to direct that this appeal be placed on the Enumerated Calendar for the September 1960 Term, and that it be argued or submitted together with the appeal taken by the plaintiff from the judgment entered in this action on the 8th day of January, 1959. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDDIE HODGES, against HARRY SILBERGLITT, as Warden of the City Prison, Borough of Manhattan.— Motion granted and the stay contained in the order to show cause dated March 7, 1960 is continued upon the conditions set forth therein, pending the determination of the appeal, and on the further condition that the relator-appellant procures the record on appeal and appellant's points to be served and filed on or before April 28, 1960, with notice of argument for May 10, 1960. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ LENORE V. BEAUMONT v. JEAN BEAUMONT.— Motion to intervene permitted to be withdrawn. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.